UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THERMAPURE, INC.,

    Plaintiff,

v.

ADVANCED PRO REMEDIATION, LLC,

    Defendant.

2:11-cv-02012-PMP-NJK

ORDER

    Review of the Court's docket shows this case was referred to the Magistrate Judge on stipulation of the parties (Doc. #28) for potential settlement, but the settlement conference held on December 17, 2012 (Doc. #32) was unsuccessful.

    IT IS THEREFORE ORDERED that the parties shall file a status report on or before March 17, 2013 advising whether the parties wish to proceed with a claim construction hearing or are otherwise resolving this action.

DATED: February 26, 2013

_____
PHILIP M. PRO
United States District Judge