KNEAFSEY & FRIEND LLP
SEAN M. KNEAFSEY (*pro hac vice*)
skneafsey@kneafseyfriend.com
SHAUN SWIGER (*pro hac vice*)
sswiger@kneafseyfriend.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

HUTCHISON & STEFFEN, LLC
Mark A. Hutchison (4639)
mhutchison@hutchlegal.com
Todd L. Moody (5430)
tmoody@hutchlegal.com
10080 W. Alta Drive, Ste. 200
Las Vegas, NV 89145
Phone:  (702) 385-2500
Fax:  (702) 385-2086

*Attorneys for Plaintiff*
*THERMAPURE, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERMAPURE, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED PRO REMEDIATION, LLC, a Nevada limited liability company dba ADVANCED PRO RESTORATION, <br><br> Defendant. | Case No.  11-CV-02012-PMP-RJJ <br><br> **STIPULATION REGARDING DISMISSAL OF ACTION AND RETENTION OF JURISDICTION** |

STIPULATION

WHEREAS, Plaintiff THERMAPURE, INC. ("ThermaPure") and Defendant ADVANCED PRO REMEDIATION, LLC. ("APR"), have entered into a Confidential Settlement Agreement dated February 28, 2013 ("Settlement Agreement");

WHEREAS, the contents of this stipulation and the actions contemplated thereby are material terms of that Settlement Agreement,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD THAT:

1. As set forth in the Settlement Agreement, this action, including all counterclaims, are hereby dismissed with prejudice.

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: March 4, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

KNEAFSEY & FRIEND LLP

/s/ Sean M. Kneafsey_____
Sean M. Kneafsey (*pro hac vice*)
800 Wilshire Blvd. Ste. 710
Los Angeles, CA 90017
(213) 892-1200
(213) 892-1208 Fax
skneafsey@kneafseyfriend.com
*Attorneys for Plaintiff*

HUTCHISON & STEFFEN, LLC

/s/ Todd L. Moody
Todd L. Moody (5430)
10080 W. Alta Drive, Ste. 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
tmoody@hutchlegal.com
*Co-counsel for Plaintiff*

WRIGHT & WEINER, LTD.

/s/ John Henry Wright_____
John Henry Wright (6182)
Jeremy B. Wood (12136)
801 So. Rancho Drive, Ste. B-2
Las Vegas, NV  89106
(702) 259-6789
(702) 386-6792 Fax
jwright@wrightweiner.com

STIPULATION